UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CONSTITUTION PARTY OF MISSOURI, et al.,

    Plaintiffs,

v.

ST. LOUIS COUNTY, et al.,

    Defendants.

Case No. 4:15-cv-207

## CONSENT JUDGMENT AND DECREE

The parties having stipulated and consented to the relief set forth below and the entry of this Consent Judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant St. Louis County, Missouri and Defendant St. Louis County Board of Election Commissioners, their officers, employees, or agents, and those acting on their behalf or in concert with it, are permanently enjoined from enforcing the clause "the two parties casting the highest vote for governor in the last election" contained in Section 2.150 of the St. Louis County Charter, against any political candidate for a county office, in any election to fill vacancies on the St. Louis County Council.

**IT IS FURTHER ORDERED** that Defendant St. Louis County, Missouri and Defendant St. Louis County Board of Election Commissioners shall be hereafter bound by the directives of Missouri law, as specifically set out in Section 115.321(4) RSMo, regarding the

nomination of independent candidates and candidates of established political parties, for any county office, including vacancies on the St. Louis County Council.

**IT IS FURTHER ORDERED** that Plaintiffs have and shall recover of Defendants $30,973.40 in attorney's fees and costs.

**IT IS SO ORDERED.**

*[Signature: Ronnie L. White]*

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

Dated this 27th day of January, 2016.